UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FRANCIS A.M. MANNO,            )
                                  )
           Plaintiff,      )
                                  )
      v.                   )      **JUDGMENT**
                                  )
SUSAN MCRAE, KAREN OPPELT,    )      4:24-CV-60-BO-BM
MEMBERS OF THE IACUC, and      )
ALLISON DANELL,             )
                                  )
          Defendants.    )
                                  )

Decision by Court.
This matter is before the Court on Plaintiff's motion to request CM/ECF access [DE 27], motion to continue [DE 28], and motion for a preliminary injunction prohibiting East Carolina University from conducting federally funded research [DE 11]. Defendants have filed a joint motion to dismiss [DE 22].

**IT IS ORDERED, ADJUDGED AND DECREED,** that Plaintiff Manna's motion for injunctive relief [DE 11] is DENIED. Plaintiff Manna's motion to continue [DE 28], which consisted only of further arguments against defendants' motion to dismiss that have been addressed elsewhere in this Order, is DENIED. Plaintiff Manna's motion for CM/ECF access [DE 27] is unopposed by Defendants, and is GRANTED. Defendants' motion to dismiss [DE 22] 1s GRANTED. The Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

This case is closed.

<u>**This judgment filed and entered on December 2, 2024, and served on:**</u>
Francis Manno (via CM/ECF NEF)
Lindsay Smith (via CM/ECF NEF)

                                    PETER A. MOORE, JR., CLERK
December 2, 2024

                                    /s/ Lindsay Stouch
                                    By: Deputy Clerk